AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

Simon Nguyen,

Defendant

Case No.  2:22-mj-02716 -duty

**LODGED**
CLERK, U.S. DISTRICT COURT
7/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 1 3 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 13, 2022 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Merrilee Goodwin, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/13/2022

_____
Judge's signature

City and state: Los Angeles, California

Hon. Alicia G Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: El-Amamy x0552

**AFFIDAVIT**

I, Merrilee Goodwin, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 1998. I am currently assigned to a Domestic Terrorism Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology, and investigate threats associated with the nefarious use of chemical, biological, radiological, nuclear, and explosive materials. In this capacity, I investigate federal crimes pertaining to terrorism and have gained experience in cyber-based matters including those involving dark web markets. As a result, I am familiar with the methods used by criminals in furtherance of their criminal activities in both the virtual and physical worlds, and I have received both formal and informal training from the FBI and other institutions regarding cyber and computer crime investigations and review of digital devices. As a Special Agent, I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management. I have also received training regarding the methods of operations of individuals who distribute drugs and commit crimes involving firearms.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, SIMON NGUYEN ("NGUYEN") for a violation of Title 18, United States Code, Section 922(g)(1): Felon in Possession of Ammunition (the "Subject Offense").

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, with typographical errors in the original, and all dates and times are approximate.

## III. STATEMENT OF PROBABLE CAUSE

4. Based on my training and experience and review of reports and records seized in this case, including NGUYEN's communications obtained pursuant to three federal search warrants,[1] evidence shows that for several months, NGUYEN, a

---

[1] On April 20, 2021, the Honorable Alexander F. MacKinnon, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-01940 (C.D. Cal.) authorizing the search of a Facebook account belonging to Robert Daniel Rissman ("Rissman") for racketeering, narcotics, and identity theft evidence. On March 3, 2021, Judge MacKinnon issued a warrant in Case Number 22-MJ-00872 (C.D. Cal.) authorizing the search of the Facebook account belonging to NGUYEN for narcotics, firearms, fraud, and access device evidence. On May 12, 2022, the Honorable Charles F.
(footnote cont'd on next page)

convicted felon, possessed firearms, firearms components, and ammunition.

### A. NGUYEN Uses His Facebook Account to Discuss His Possession of Firearms and Ammunition

5. Based on my review of the contents of Rissman and NGUYEN's Facebook accounts, I am aware of the following:

    1. <u>August 30, 2020</u>

    a. On August 30, 2020, NGUYEN and Rissman engaged in the following Facebook message exchange:

> NGUYEN: Yo im taking off to AZ tonight
> 
> NGUYEN: Just wanted to give you a heads up
> 
> Rissman: When you get there send me inventory and prices
> 
> Rissman: Ill cash app you money
> 
> Rissman: For one that i want
> 
> NGUYEN: Aight
> 
> NGUYEN: Im in AZ rn
> 
> NGUYEN: Were on our way to the shop
> 
> Rissman: Cool

NGUYEN then sent Rissman the following photographs:

  

---

Eick, United States Magistrate Judge, issued a warrant in Case Number 22-MJ-01848 (C.D. Cal.) authorizing the search of Rissman's Facebook account for firearms, access device, and fraud evidence.



| | |
|---|---|
| Rissman: | The very first one... the glock... is it small and 9mm? If yes how much? |
| NGUYEN: | $430 not including taxes |
| Rissman: | I got that |
| NGUYEN: | Fasho |
| NGUYEN: | There's a ruger 380 im looking at rn their sold out of the glock |
| Rissman: | Its smaller than my .40? |
| Rissman: | Like a compact 9? |
| NGUYEN: | Yeah |
| Rissman: | How much? |
| NGUYEN: | Were working on getting 4 rn |
| NGUYEN: | Let me see what we get first of all |
| Rissman: | Ok lmk what i owe you for mine |

    b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, NGUYEN informed Rissman that NGUYEN had arrived in Arizona, or "AZ," to obtain firearms. I believe that NGUYEN sent Rissman photographs of firearms NGUYEN could obtain as well as the price for one of the firearms that NGUYEN could sell to Rissman.

2. <u>March 11, 2021</u>

a. On March 11, 2021, NGUYEN and Rissman engaged in the following Facebook message exchange:

| | |
|---|---|
| Rissman: | Do me a favor simon are you awake? If so give me a call |
| Rissman: | Its important |
| NGUYEN: | Whats good |
| Rissman: | 818 859 [****] |
| Rissman: | Did you leave for az |
| NGUYEN: | Im strapped for cash at the moment had to pay off some shit so im low on cash if ur ppl serious about them id prefer to have the toys paid in advance so I don't come out of pocket.. otherwise ima head out tomorrow after my checks clear |
| Rissman: | Shit i know these people have the money but idk if they would front it |
| NGUYEN: | Well we will see who really wants 1 then lol |
| NGUYEN: | U kno im good for it |
| NGUYEN: | I ain't trying to burn any bridges that are possibly lucrative in the long run |
| Rissman: | I know that its not that its more that they dont know you |
| Rissman: | And i dont have that much pull with one of them. Thr other one maybe but he wont even be in town till tonight |
| NGUYEN: | Which is fine cuz im not leaving until |

5

|  |  |
|---|---|
|  | Tomorrow |
| Rissman: | But i know they have the money, i put my word on that |
| NGUYEN: | Once my check clears |
| NGUYEN: | I'll have the funds |
| Rissman: | Its a guarunteed sale |
| Rissman: | My word |
| NGUYEN: | I have 3 accounts im waiting to clear |
| NGUYEN: | I alrdy kno |
| Rissman: | Ok cool ty bubba |
| NGUYEN: | Shit if u got any bank accounts that can do atm deposit I print checks |
| Rissman: | Appreciate u staying on it tho bro bro n ill see if i can find a bank account |
| NGUYEN: | Fasho just lmk |

NGUYEN then sent Rissman the following photograph:



| NGUYEN: | I printed those |
|---|---|
| NGUYEN: | Or if u kno a place that ur coo with to cash a check.. I prefer atm deposit cuz theirs no denying the check |

6

NGUYEN then sent Rissman the following photograph:



Rissman:  Those r good

NGUYEN:   Yes sir

NGUYEN:   All I need is name/address to put on Check

Rissman:  Alright ill see what i can

NGUYEN:   Fasho lmk 50/50 down the middle i can do up to $6k per check but I prefer to do under $5k so it dont raise any flags

b.   Based on my training, experience, and knowledge of the investigation, I believe that, in this Facebook message, Rissman asked NGUYEN if NGUYEN had left for Arizona to obtain firearms. I believe that NGUYEN told Rissman that NGUYEN did not have much money, and that NGUYEN wanted individuals to pay him in advance for the firearms, or "toys," that he was going to obtain. Later in the communication, I believe that NGUYEN told Rissman that NGUYEN could print fraudulent checks and sent Rissman a picture of fraudulent checks that NGUYEN had generated. I also believe that NGUYEN told Rissman that NGUYEN preferred cashing fraudulent checks at ATM machines. Finally, I believe NGUYEN told Rissman that NGUYEN could generate fraudulent checks that he could cash in an amount of up to $6,000, and that he would split the proceeds with Rissman if

7

Rissman provided NGUYEN with a name and address to put on the fraudulent check.

        3.    <u>February 25, 2022</u>

        a.    On February 25, 2022, Rissman and NGUYEN engaged in the following Facebook message exchange:

    NGUYEN:    Did u get the cbr?

    Rissman:    Yessir and i got a buyer for a ghost glock for you too

    Rissman:    Larry needs one

    NGUYEN:    Oh ok tell him i got him

    NGUYEN:    So what r we doing? Have u gone on a ride yet?

    Rissman:    Shoot a pic of it yeah?

    Rissman:    The glizzy

    NGUYEN:    Ima go talk to worm and see what's up with his bike, if his is too fucked up I'm thinking about buying it and using those vins/plate

NGUYEN sent the following photographs:

  

    NGUYEN:    My bad didn't mean to send last pic

NGUYEN then sent additional pictures:

   



b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, Rissman told NGUYEN that Rissman had identified an individual who wanted to buy a "ghost" Glock firearm from NGUYEN and asked NGUYEN to send Rissman a picture of firearms that NGUYEN had available to sell. In response, NGUYEN sent several photographs.

**B. NGUYEN Possessed Firearms and Ammunition at His Residence**

6. On July 6, 2022, the Honorable Karen L. Stevenson, United States Magistrate Judge, issued warrants in Case Numbers 2:22-MJ-02615 and 2:22-MJ-02616 (C.D. Cal.), authorizing the search of NGUYEN's residence and person.

7. On July 13, 2022, FBI Special agents executed the warrants and seized from NGUYEN's residence 278 rounds of 7.62 x 39 caliber ammunition with headstamp "Tulammo" over "7.62x39,"

9

and fifty rounds of .223 caliber ammunition with headstamp "Tulammo" over "223 Rem." Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Tiffany Lamphere examined this ammunition and determined that all of the ammunition was manufactured by Tula Cartridge Works in Russia, and that, in order for this ammunition to be recovered in California, it had to have moved in foreign commerce.

8. Agents also seized from NGUYEN's residence credit cards in the names of other individuals, as well as what appears to be "ghost guns." Pictures of some of the items seized are below:

  

### C. NGUYEN is a Convicted Felon

9. Based on my review of certified felony conviction documents, I am aware that NGUYEN has sustained the following felony conviction: Receive Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Los Angeles, Case Number PA083479, on or about June 17, 2015.

## IV. CONCLUSION

10. For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 13th day of
July, 2022.

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE

11